Hart & Raphael, for appellant; Maurice Albin, of counsel; Howard S. Dan, for appellee. Opinion by JUSTICE KILEY. Not to be published in full. Opinion filed January 31, 1951; released for publication March 13, 1951.

## Richard Pratt, Appellant, v. Kathleen Pratt, Appellee.
## Gen. No. 45,171.

Henry Perlman, for appellant; Francis T. Delaney, for appellee. Opinion by JUSTICE LEWE. Not to be published in full. Opinion filed January 31, 1951; released for publication March 13, 1951.

## Charles J. Shemaitis, Appellant, v. Louise M. Shemaitis, Appellee.

## Gen. No. 45,180.

Sol R.

513